UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES HOOD,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:18-1807 |
| v. | : | (JUDGE MANNION) |
| **Warden Capt. SPAULDING,** | : | |
| Respondent | : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Hood's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241, is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 9, 2020
18-1807-01-ORDER